```
J. TONY SERRA, SBN 32639
506 Broadway
San Francisco CA 94133
Tel: 415/986-5591
Fax: 415/421-1331

Attorney for Defendant
JOHN LANE
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00239-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JOHN LANE and<br>KELSEY LANE, | Date: September 10, 2013<br>Time: 9:45 a.m.<br>Judge Mendez |
| Defendants. / | |

THE PARTIES HEREBY STIPULATE AND AGREE to continue the hearing presently set for the date and time indicated above, to November 19, 2013, at 9:45 a.m., or another date and time convenient to the court and all parties, based on the following:

1. Counsel for Mr. Lane has contacted all involved parties, and has determined that all parties are generally in agreement that this matter should be continued, for further status.

2. Accordingly, the parties mutually request that the above date be vacated and that the matter be continued to 9:45 a.m. on November 19, 2013.

3. The parties stipulate that the time is excludable from

the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance. This continuance, requested by the parties, will permit continuity of counsel, and allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).

THE PARTIES THEREFORE STIPULATE that the hearing be continued from September 10, 2013 at 9:45 a.m., to November 19, 2013, at 9:45 a.m. with time continuing to be excluded as specified above, such that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: September 6, 2013

/s/ J. TONY SERRA             /s/ KALI S. GRECH
J. TONY SERRA                KALI S. GRECH
Attorney for JOHN LANE     Attorney for KELSEY LANE


/s/ MICHAEL D MCCOY
MICHAEL D. MCCOY
Assistant U.S. Attorney

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

**ORDER**

Good cause appearing, and based upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the hearing in this matter is continued to November 19, 2013, at the hour of 9:45 a.m., and that time is excluded as stipulated.

Dated: 9/9/2013

/s/ John A. Mendez_____
JOHN A. MENDEZ, Judge
United States District Court

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331